IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02491-CMA-CBS

STEVEN BARKSDALE,
    Plaintiff,
v.

GENIE CONNAGHAN,
PATRICIA PANEK (a/k/a) Patricia Rae, and
AVALON CORRECTIONAL SERVICES (d/b/a) PHOENIX CENTER,
    Defendants.

___

ORDER
___

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Mr. Barksdale's "Motion to Dismiss Defendant Motion to Dismiss [sic]" (filed March 11, 2011) (Doc. # 25), wherein he indicates that Defendant Connaghan failed to serve him at his current address with the Motion to Dismiss (Doc. # 22).  The certificate of mailing for the Motion to Dismiss indicates that the Motion was not mailed to Mr. Barksdale's current address that was noted in the December 15, 2010 Change of Address (Doc. # 12).  Accordingly, IT IS ORDERED that:

    1.    Defendant Connaghan shall re-mail a copy of the Motion to Dismiss (Doc. # 22) to Mr. Barksdale at his current address.

    2.    At the Preliminary Scheduling Conference that will be held on March 30, 2011 at 10:00 a.m., the court will set a new deadline for Mr. Barksdale to file a response to the Motion to Dismiss.

DATED at Denver, Colorado this 15th day of March, 2011.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge