IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 10-cv-02491-CMA-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: April 22, 2011 | Courtroom Deputy: Laura Galera |

*Parties:*                                                    *Counsel:*

STEVEN BARKSDALE,                          Pro Se (By Telephone)

    Plaintiff,

v.

GENIE CONNAGHAN,                           James Quinn
PATRICIA PANEK,
also known as Patricia Rae, and
AVALON CORRECTIONAL SERVICES,              Ann Smith
doing business as Phoenix Center,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   STATUS CONFERENCE**
**Court in session:** 1:31 p.m.
Court calls case.  Appearances of counsel.

Court addresses the parties regarding the Motion to Dismiss [22] and Defendant Avalon Correctional Services, d/b/a Phoenix Center's Motion to Quash Service [15].

It was ORDERED:

    1.    Plaintiff's Motion for Extension for Filing [32] is GRANTED.  Plaintiff to respond to the Motion to Dismiss [22] and Defendant Avalon Correctional Services, d/b/a Phoenix Center's Motion to Quash Service [15] no later than **May 16, 2011.**

    2.    Defendant Avalon Correctional Services to send a copy of Defendant Avalon Correctional Services, d/b/a Phoenix Center's Motion to Quash Service [15] by overnight mail to the plaintiff.

    3.    Plaintiff's Motion to Dismiss Defendant's Motion to Dismiss [25] is DENIED.

HEARING CONCLUDED.
**Court in recess: 1:39 p.m.**
Total time in court:     00:08

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.