IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No.: 10-cv-02491-CMA -CBS     FTR - Reporter Deck - Courtroom A402
Date: October 3, 2011     Courtroom Deputy: Emily Seamon

| *Parties:* | *Counsel:* |
|---|---|
| STEVEN BARKSDALE, | Pro se |
|     Plaintiff, | |
| v. | |
| GENIE CONNAGHAN, | James Quinn |
| PATRICIA PANEK, also known as Patricia Rae, and | |
| AVALON CORRECTIONAL SERVICES, doing business as Phoenix Center, | Ann Smith |
|     Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  TELEPHONIC STATUS CONFERENCE**
**Court in Session:   10:06 a.m.**
Court calls case.  Appearances of counsel.

Discussion between the Court and counsel regarding service on Defendant Avalon Correctional Services and service by the U.S. Marshals Service.

**ORDERED:**  Motion to Have U.S Marshall to Serve Avalon Correctionl Service and Patricia Penek a.k.a Patricia Rae [Doc. No. 44] is DENIED.

**ORDERED:**  Motion to Re-Instate Eight Admendment Claim [Doc. No. 43] is DENIED.

**ORDERED:**  A Status Conference is set for **November 4, 2011 at 9:00 a.m.**  The parties are directed to appear in person for the Status Conference.

Hearing Concluded.

**Court in recess:** **10:18 a.m.**
Total time in court: 00:12

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.